Stephen M. Doniger, Esq. (SBN 179314)
Scott A. Burroughs, Esq. (SBN 235718)
Email: scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile:   (310) 417-3538
Attorneys for Plaintiff

**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., <br> Plaintiff, <br><br> vs. <br><br> FOREVER 21, INC.; et al., <br> Defendants. | Case No.:  CV-09-3382 SVW (CWx) <br><br> **ORDER ON PARTIES' STIPULATION TO DISMISS ACTION PURSUANT TO FED.R.CIV.P.  41 (a)(1)(A)(ii)** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

A.   This action is dismissed with prejudice in its entirety;

B.   This Court will retain jurisdiction to enforce the terms of the settlement agreement precipitating this dismissal; and

C.   Each party to this action is to bear its own costs and attorneys' fees as incurred against one another.

SO ORDERED.

Dated: March 3, 2010

By: _____
HONORABLE STEPHEN V. WILSON

1
[PROPOSED] ORDER ON STIPULATION TO DISMISS